IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASON LINDQUIST                                           PLAINTIFF

V.                   NO. 3:08cv00013 JWC

MICHAEL J. ASTRUE,                              DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 12th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE